IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                       *

    CARRIE L. FAIR                    Case No.: 01-12502-DK
                                 *          Chapter 7

        Debtor                     *

*  *  *  *  *  *  *  *  *  *  *  *  *

### TRUSTEE'S REPORT OF SALE

| | |
|---|---|
| DATE OF SALE: | September 17, 2003 |
| PROPERTY SOLD: | Real Property – 1500 Grace Church Road, (a/k/a of record Dale Drive) Lot 19 in the Subdivision of Woodside Park, Silver Spring, Montgomery County, Maryland |
| PURCHASER: | Overton Homes, LLC |
| SALE PRICE: | $240,700.00 |
| SALES AGENT: | Andrew A. Werner, Jr. and RE/MAX Realty Group |
| COMPENSATION TO AGENT(s): | $14,442.00 split equally between Seller's and Buyer's agents |
| SETTLEMENT CHARGES; CLOSING COSTS; ADDITIONAL FEES: | $3,166.70 |
| LIENS PAID FROM SALE PROCEEDS: | To be determined by the Court in a future adversary proceeding, other than real estate taxes paid of $4,542.89 for the tax years 2000 to 2003. |
| ESTIMATED TRUSTEE COMMISSION: | $15,285.00 |
| NET TO ESTATE: | To be determined |

Dated: October 22, 2003                  Respectfully Submitted,

                                             **ROSE & ASSOCIATES, LLC**

                                             /s/ Cheryl E. Rose
                                       Cheryl E. Rose, #05934, Chapter 7 Trustee
                                       50 West Edmonston Drive, Ste. 600
                                       Rockville, MD  20852
                                       (301) 838-2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October 2003, a copy of the foregoing Report of Sale was served to all creditors and other parties in interest listed on the mailing matrix and to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Marcia K. Docter, Esq.
666 Eleventh Street, NW, #1010
Washington, DC 20001

Carrie L. Fair
1412 Dale Drive
Silver Spring, MD 20910

Andrew A. Werner, Jr.
RE/MAX Realty, Inc.
6 Montgomery Village Ave.
Gaithersburg, MD 20879

               /s/ Cheryl E. Rose
              Cheryl E. Rose, Chapter 7 Trustee