# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| CARRIE L. FAIR | * | Case No.: 01-12502-DK |
| | | Chapter 7 |
| Debtor | * | |

*   *   *   *   *   *   *   *   *   *   *

## TRUSTEE'S REPORT OF SALE

DATE OF SALE:  March 17, 2003

PROPERTY SOLD:  1979 Porsche 911 Targa (approximately 7,600 original miles, white exterior with black interior, garage kept, runs but requires an estimated $3,000 in repairs to put into roadworthy condition).

PURCHASER(S):  Highest bidder

SALE PRICE:  $13,950.00

SALES AGENT, AUCTIONEER, BROKER, ETC.:  N.T. Arrington

COMPENSATION TO SALES AGENT/BROKER:  $3,028.20 - (10% of the gross proceeds derived from the sale, plus reasonable advertising, towing, storage, out-of-pocket expenses and set up expenses – see attached invoice).

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:  None

ESTIMATED TRUSTEE COMMISSION: $2,145.00

ESTIMATED NET TO ESTATE: $8,776.80



Dated: 3-25-03

Respectfully Submitted,

**ROSE & ASSOCIATES, LLC**

*Cheryl E. Rose*

Cheryl E. Rose, #05934, Chapter 7 Trustee
50 West Edmonston Drive, Ste. 600
Rockville, MD 20852
(301) 838-2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March 2003, a copy of the foregoing Report of Sale was mailed, first class, postage prepaid to all creditors and other parties in interest listed on the attached mailing matrix and to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Nick T. Arrington
P.O. Box 738
Gainesville, VA 22065

Marcia K. Docter, Esq.
666 Eveleth Street, NW, #1010
Washington, DC 20001

Carrie L. Fair
1412 Dale Drive
Silver Spring, MD 20910

*Cheryl E. Rose*

Cheryl E. Rose, Chapter 7 Trustee

| | | |
|---|---|---|
| Andrew S. Kline, Esquire<br>1225 19th Street, N.W.<br>Suite 320<br>Washington DC 20036 | AT&T<br>P.O. Box 8212<br>Aurora IL 60572 | Blake Development Company<br>1150 Connecticut Avenue, NW<br>Suite 801<br>Washington DC 20036 |
| Carrie L. Fair<br>1412 Dale Drive<br>Silver Spring, MD 20910 | CBA<br>P.O. Box 5013<br>Hayward CA 94540 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore MD 21201 |
| Comptroller of the Treasury/MD<br>Income Tax Div - Legal Unit<br>110 Carroll Street<br>Annapolis MD 21411 | Concord Movers<br>5170-C Lawrence Place<br>Hyattsville MD 20781 | Dept. Of Internal Revenue<br>Attn: PNI Unit<br>Special Procedures Section<br>POB 1076<br>Baltimore MD 21203 |
| Dept. of Employment Services<br>500 C Street, N.W.<br>Suite 501<br>Washington DC 20001 | District Director of IRS<br>Special Procedure Section<br>P.O. Box 1076<br>Baltimore MD 21203 | Haymaker Berry P.C.<br>1010 Vermont Avenue, N.W.<br>Suite 920<br>Washington DC 20005 |
| IGExpediting Company<br>4400 East West Highway, #403<br>Bethesda MD 20814-4502 | International Data<br>11350 James Watt Drive, #100<br>El Paso, TX 79936-6407 | Janet M Nesse<br>1150 18th Street, N.W.<br>Washington, DC 20036 |
| L.A.D. Reporting Co., Inc.<br>ATTN: JoAnn Pawela<br>1684 E. Gude Drive, Suite 201<br>Rockville MD 20850 | Lexis Publishing Co.<br>1275 Broadway<br>Albany NY 12204 | Marcia K. Docter<br>666 Eleventh Street, N.W.<br>#1010<br>Washington, DC 20001 |
| MD Department of Unemployment Services<br>Division of Unemployment<br>1100 N. Eutaw Street<br>Baltimore MD 21201 | Safe Masters Company<br>2700 Garfield Avenue<br>Silver Spring MD 20910 | Saks Fifth Avenue<br>P.O. Box 8643<br>Elmhurst IL 60126 |
| SMC<br>c/o Sak's Fifth Avenue<br>P.O. Box 67<br>Chanhassen, MN 55317 | SMC-C/O Sak's Fifth Avenue<br>PO Box 67<br>Chanhassen, MN 55317 | Taxing Authority of<br>Montgomery County, MD<br>Division of Revenue<br>POB 6210<br>Rockville MD 20850 |
| Thomas M. Weschler<br>905-909 "E" Street, N.W.<br>Washington, DC 20004 | VA Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Verizon<br>P.O. Box 1915<br>Beltsville MD 20704 |
| Verizon<br>Room 203<br>1500 MacCorkle Av<br>Charleston WV 25314 | | |