

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| CARRIE FAIR | * | Case No.: 01-1-2502-TJC |
| | | Chapter 7 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY LOCATED AT 1412 DALE DRIVE, SILVER SPRING, MARYLAND

Upon the Trustee's Motion to Sell Real Property Located at 1412 Dale Drive, Silver Spring, Maryland pursuant to 11 U.S.C. Section 363(f), having been read and considered, and notice having been given to all creditors and parties in interest entitled to notice and no objections have been filed, it is, by the United States Bankruptcy Court for the District of Maryland, is Granted, and it is hereby

**ORDERED**, that the Trustee is authorized to sell the Trustee's interest in the Real Property located at 1412 Dale Drive, Silver Spring, Maryland, according to the terms set forth in the Trustee's Motion to Sell Real Property and the Notice of Motion to Sell, the Residential Contract of Sale attached to said Motion; and it is further,

**ORDERED**, that the Trustee is to provide the sum of $10,000.00 from current funds of the Estate to assist the Debtor in moving, storage and deposit expenses; and it is further

**ORDERED**, that the Trustee is authorized to pay at settlement from the proceeds of the sale all necessary settlement costs in accordance with the terms of the Residential Contact of Sale.

cc:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770

Cheryl E. Rose, Chapter 7 Trustee
50 West Edmonston Drive, Suite 600
Rockville, MD  20852

Andrew A. Werner, Jr.
REMAX Realty Group
6 Montgomery Village Ave.
Gaithersburg, MD  20879

David E. Lynn, Esq.
15245 Shady Grove Road
Suite 465 North Lobby
Rockville, MD  20850

Carrie L. Fair
1412 Dale Drive
Silver Spring, MD  20910

**END OR ORDER**

2